# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Corey G. Cosom,

        Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                            3:11-cv-294-RJC-DSC

Michael J. Astrue,
Commissioner of Social Security

        Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 24, 2012 Order.

                                            Signed: May 24, 2012

                                            */s/ Frank G. Johns*
                                            Frank G. Johns, Clerk
                                            United States District Court