# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Corey G. Cosom,

    Plaintiff(s),    JUDGMENT IN A CIVIL CASE

vs.    3:11-cv-294-RJC-DSC

Michael J. Astrue,
Commissioner of Social Security

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 24, 2012 Order.

Signed: May 24, 2012

Frank G. Johns, Clerk
United States District Court